# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANTHONY G. WORTHY,      *

                       *

        Plaintiff,     *       CIVIL ACTION NO.: 2:18-cv-51

                       *

     v.                 *

                       *

DYLAN SELPH; MIKE BLOCK; and   *

WOODY FOLSOM AUTOMOTIVES,   *

                       *

        Defendants.    *

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 9, 2018 Report and Recommendation, dkt. no. 5, to which Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims under the ADEA, ADA, and GINA, as well as all of Plaintiff's claims against Defendants Selph and Block for failure to state a claim. However, Plaintiff's claims under Title VII of the Civil Rights Act of 1964 against Defendant Woody Folsom Automotives remain

pending before the Court.

**SO ORDERED**, this ___3___ day of _August_ , 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)